IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

**ASHLEY N. THOMAS,**

      **Plaintiff,**

vs.                                        Case No.: 2:10-cv-02800

**NATIONAL INDEMNITY COMPANY OF THE SOUTH,**

      **Defendant.**

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

      Comes now the Plaintiff, Ashley Thomas, by and through counsel of record, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal without Prejudice of this cause

                            Respectfully submitted,

                            NAHON, SAHAROVICH & TROTZ, PLC

                            /s/ Adam H. Johnson
                            Adam H. Johnson (#027328)
                            Attorney for Plaintiff
                            488 South Mendenhall
                            Memphis, Tennessee   38117
                            (901) 259-0435

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been mailed via the Court's Electronic Filing System and U.S. mail, postage prepaid, to the following on this the 26th day of January, 2011:

Mr. Ben M. Rose, Esq.
Mr. J. Matthew Blackburn, Esq.
Cornelius & Collins, LLP
Suite 1500, Nashville City Center
511 Union Street
P.O. Box 190695
Nashville, TN 37219

                                              /s/ Adam H. Johnson
                                              Adam H. Johnson